UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

MICHAEL R. McNEIL,

        Plaintiff,                       CASE NO: 6:19-cv-1338-ORL-40GJK

v.

MICHAEL MORGAN, MICHELLE MORGAN,
and MIKE & DONNIE ENTERPRISES INC.,
d/b/a HOT DIGGITY DOGS,

        Defendant.

_____/

## ANSWER AND DEFENSES

The Defendants, MICHAEL MORGAN, MICHELLE MORGAN and MIKE & DONNIE ENTERPRISES, INC., d/b/a HOT DIGGITY DOGS (hereinafter, collectively "The Defendants"), by and through their undersigned attorney, respond to the Plaintiff's Complaint and say as follows to the correspondingly numbered allegations:

### JURISDICATION AND PARTIES

1. These Defendants admit the allegations of Paragraph 1 for jurisdictional purposes only, otherwise same are denied.

2. These Defendants admit the allegations of Paragraph 2.

3. These Defendants are without knowledge as to the allegations of Paragraph 3 and therefore deny same.

4. These Defendants are without knowledge as to the allegations of Paragraph 4 and therefore deny same.

5. Admitted.

6. Admitted.

7. Admitted.

8. These Defendants are without knowledge insofar as Plaintiff's characterization of the "events" that gave rise to this law suit. These Defendants admit that venue is proper in the Middle District, Jacksonville Division.

## COUNT I – VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT

9. These Defendants can neither admit nor deny the allegations of Paragraph 9 to the extent such allegations speak for themselves. The Americans With Disabilities Act speaks for itself. Otherwise, the allegations of this paragraph are denied.

10. These Defendants can neither admit nor deny the allegations of Paragraph 10 to the extent such allegations speak for themselves. The Americans With Disabilities Act speaks for itself. Otherwise, the allegations of this paragraph are denied.

11. These Defendants can neither admit nor deny the allegations of Paragraph 11 to the extent such allegations speak for themselves. The Americans With Disabilities Act speaks for itself. Otherwise, the allegations of this paragraph are denied.

12. These Defendants can neither admit nor deny the allegations of Paragraph 12 to the extent such allegations speak for themselves. The Americans With Disabilities Act speaks for itself. Otherwise, the allegations of this paragraph are denied.

13. These Defendants can neither admit nor deny the allegations of Paragraph 13 to the extent such allegations speak for themselves. The Americans With Disabilities Act speaks for itself. Otherwise, the allegations of paragraph are denied.

14. These Defendants admit the allegations of Paragraph 14.

15. Denied.

16. Denied.

17. These Defendants can neither admit nor deny the allegations of Paragraph 17 to the extent such allegations speak for themselves. The Americans With Disabilities Act speaks for itself. Otherwise, the allegations of paragraph are denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. These Defendants admit the Middle District of Florida has authority to grant injunctive relief but deny that the Plaintiff is entitled to such relief.

## DEFENSES

### FIRST DEFENSE

No act or omission on the part of these Defendants caused or contributed to any of the alleged injuries, damages or issues claimed by the Plaintiff. Therefore, the Plaintiff's is not entitled to recover anything from these Defendants.

### SECOND DEFENSE

These Defendants are in compliance with the Americans With Disabilities Act.

### THIRD DEFENSE

The Plaintiff lacks standing because the Plaintiff was not deterred from visiting the premises nor can Plaintiff establish an intent to visit the premises in the future.

## FOURTH DEFENSE

These Defendants provided adequate access to their business to persons with disabilities by using methods such as customer service.

## FIFTH DEFENSE

Plaintiff requested modifications to the Defendants' business would pose an undue burden.

## DEMAND FOR JURY TRIAL

These Defendants demand a trial by jury on all issues so triable.

WHEREFORE, the Defendants, MICHAEL MORGAN, MICHELLE MORGAN and MIKE & DONNIE ENTERPRISES, INC., d/b/a HOT DIGGITY DOGS, hereby demand judgment be entered on their behalf, that they be awarded the costs of the defense and any other relief that this Honorable Court deems proper and appropriate in the premises.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notice of electronic filings via the Court's ECF system to the following: Joe M. Quick, Esquire, JMQuickEsq@gmail.com. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

Michael S. Rywant, Esquire
Florida Bar No.: 240354
Primary email: msrywant@rywantalvarez.com
Secondary email: nwachter@rywantalvarez.com
service@rywantalvarez.com
Carla M. Sabbagh, Esquire
Florida Bar No.: 72727

Primary email: csabbagh@rywantalvarez.com
Secondary email: creneke@rywantalvarez.com
Anthony J. Livingston, Esquire
Florida Bar No.: 0028050
Primary email: alivingston@rywantalvarez.com
Secondary emails: nwachter@rywantalvarez.com
*Rywant, Alvarez, Jones, Russo & Guyton, P.A.*
2440 S.W. 76th Street, Ste. 130
Gainesville, Florida 32608
(Tel) 352-333-3700
(Fax) 352-333-3706
Attorneys for Defendants